**UNITED STATES DISTRICT COURT**                                    JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES -- GENERAL**</u>

Case No.   **CV 23-2319-JFW(MRW)**                          Date: January 31, 2024

Title:      James E. May -*v*- B. Lammer

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                          **None Present**
    **Courtroom Deputy**                        **Court Reporter**


**ATTORNEYS PRESENT FOR PETITIONER:**       **ATTORNEYS PRESENT FOR**
            None                             **RESPONDENT:**
                                                        None


**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING CASE FOR FAILURE TO PAY
                                     FILING FEE**

        All parties instituting a habeas action in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(1); Rule 3(a), 28 U.S.C. foll. § 2254

        On December 15, 2023, the Court denied Petitioner's request to proceed *in forma pauperis* and directed him to pay the $5 filing fee.  (Dkt. 9).  The Court warned that if Petitioner did not comply within 30 days, the case would be dismissed without prejudice.  (*Id.*).

        To date, Petitioner has not paid the filing fee or otherwise responded to the Court's Order. Accordingly, this action is **DISMISSED without prejudice**.  *See, e.g., Dumphy v. CDC*, 2008 WL 4344767, at *1 (S.D. Cal. Sept. 23, 2008) (federal court cannot proceed on habeas petition until petitioner has paid fee or qualified for *in forma pauperis* status, and properly dismisses action without prejudice if petitioner fails to do either).

        IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_